**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| Cedrick E. Draper, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. __3:18CV00009__ |
| | ) | |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

The United States of America, pursuant to 28 U.S.C. §§ 1442(a) and 1446(a), hereby notifies the Court of the removal of this action, currently pending in the General District Court for the City of Charlottesville, Virginia. In support it the Notice, the United States represents to the court:

1.  There is a civil action now pending in the General District Court for the City of Charlottesville, Virginia entitled *Cedrick E. Draper v. U.S. Postal Service*, Case Number GV18000043. As evidenced by the pleadings served upon the postmaster at 115 S. Seminole Trail, Charlottesville, Virginia, attached hereto as Exhibit A, Plaintiff has filed a Warrant in Debt related to allegations of employment discrimination and/or retaliation. Plaintiff filed this matter on January 10, 2018, and Defendant received notice of the Warrant in Debt on January 12, 2018.

2.  The action is pending in General District Court for the City of Charlottesville, Virginia, which is in the Charlottesville Division of the Western District of Virginia.

3.  Title 28 U.S.C. § 1442(a) provides that a civil action brought in a state court against the United States or any agency thereof for or relating to any act under color of such office may be removed to the District Court of the United States for the district and division embracing the place wherein it is pending.

Based upon the foregoing, the Defendant Notifies the Court of its intention to remove this matter from the General District Court for the City of Charlottesville, Virginia to the United States District Court for the Western District of Virginia, Charlottesville Division.

1

**REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

This civil action is removable to this Court under 28 U.S.C. §1442. The United States of

America will file a copy of this Notice of Removal with the Clerk of the General District Court

for the City of Charlottesville, Virginia, and give Plaintiff written notice as required by 28 U.S.C.

§ 1446(d).

Respectfully submitted,

RICK A. MOUNTCASTLE
United States Attorney

Date:   February 12, 2018

*/s/ Sara Bugbee Winn*
Sara Bugbee Winn
Assistant United States Attorney
Virginia State Bar No. 35924
P. O. Box 1709
Roanoke, VA  24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail:  sara.winn@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 12, 2018, I caused a true copy of the foregoing

document to be electronically filed with the Clerk of the Court using the CM/ECF system, and

mailed a copy thru the United States Postal Service to the following non-CM/ECF participant

Cedrick E. Draper
P.O. Box 3089
Martinsville, VA  24115

Clerk of the General District Court for the City of Charlottesville, Virginia
606 E. Market Street
Charlottesville, VA 22902

<u>/s/ Sara Bugbee Winn</u>
Sara Bugbee Winn
Assistant United States Attorney

3